# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Fashing, Laura N. | U.S. District Court, District of New Mexico | 05/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge, full-time | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

333 Lomas Blvd. NW, Suite 680
Albuquerque, NM 87102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary/Treasurer | Undaunted Carnival Foundation |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | self-employed physician |
| 2. | 2018 | Presbyterian -- salary |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Ironstone Bank | Mortgage on Commercial Property | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Commercial Property, Albuquerque, NM | E | Rent | N | W | | | | | |
| 2. IRA Contributory Acct (H) | | | | | | | | | |
| 3. - American Beacon Glbl | A | Dividend | J | T | | | | | |
| 4. - American Fd Amcap Fund | A | Dividend | J | T | | | | | |
| 5. - Elements International Port | A | Dividend | J | T | | | | | |
| 6. - Elements US Port | A | Dividend | J | T | | | | | |
| 7. - Hennessy Cornerstone Mid | B | Dividend | J | T | | | | | |
| 8. - Stone Ridge All Asset | | None | J | T | | | | | |
| 9. Investment Acct #1 (H) | | | | | | | | | |
| 10. - Schwab Bank Sweep (X) | A | Interest | J | T | | | | | |
| 11. - American Beacon Glbl | A | Dividend | J | T | | | | | |
| 12. - Crossingbridge Low Dur High Yield Inst | A | Dividend | J | T | Buy | 06/06/18 | J | | |
| 13. - Doubleline Total Return | A | Dividend | J | T | | | | | |
| 14. - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | Buy | 02/07/18 | J | | |
| 15. - Guggenheim Macro Oppty Inst | A | Dividend | | | Sold | 02/06/18 | J | A | |
| 16. - Voya Securitized Credit I | A | Dividend | J | T | Buy | 04/27/18 | J | | |
| 17. | | | | | Buy (add'l) | 11/15/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - AMG Yacktman Fd Svc | A | Dividend | J | T | | | | | |
| 19. - Artisan Intl Fund Inv | A | Dividend | J | T | | | | | |
| 20. - Dodge & Cox Intl Stock Fund | A | Dividend | J | T | | | | | |
| 21. - Driehaus Frontier Emrg Mkts Fd | | None | | | Sold | 12/07/18 | J | A | |
| 22. - Carillon Eagle Mid Cap (formerly Carillon Eagle Mid Cap Stk Fd A) | A | Dividend | J | T | | | | | |
| 23. - Elements Emerging Mkts Port | A | Dividend | J | T | Buy | 12/07/18 | J | | |
| 24. - Elements International Small Cap Port | A | Dividend | J | T | | | | | |
| 25. - Elements US Small Cap Port | A | Dividend | J | T | Buy | 09/05/18 | J | | |
| 26. - Fidelity Contra Fund | A | Dividend | J | T | | | | | |
| 27. - FMI Large Cap Fund Inst | A | Dividend | J | T | | | | | |
| 28. - Hennessy Cornerstone Mid | A | Dividend | J | T | | | | | |
| 29. - Stone Ridge All Asset Variance Risk Prem Com Cl | A | Dividend | J | T | Buy (add'l) | 02/01/18 | J | | |
| 30. - Stone Ridge Reinsurance | | None | | | Sold | 05/23/18 | J | A | |
| 31. Investment Acct #2 (H) | | | | | | | | | |
| 32. - Doubleline Total Return | A | Dividend | J | T | | | | | |
| 33. - Guggenheim Macro Oppty Inst | A | Dividend | | | Sold | 02/06/18 | J | | |
| 34. - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | Buy | 02/07/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Voya Securitized Credit | A | Dividend | J | T | | | | | |
| 36.  - American Beacon Bridgeway Lg Cap Value Y | A | Dividend | J | T | | | | | |
| 37.  - Artisan Intl Fund Adv | A | Dividend | J | T | | | | | |
| 38.  - Dodge & Cox Intl Stock Fund | A | Dividend | J | T | Sold (part) | 10/16/18 | J | A | |
| 39.  - Doubleline Strategic Commodity Fd I | A | Dividend | J | T | Buy | 07/18/18 | J | | |
| 40.  - Elements Emerging Mkts Port | A | Dividend | J | T | | | | | |
| 41.  - Elements International Small Cap Port | A | Dividend | J | T | | | | | |
| 42.  - Elements US Small Cap Port | A | Dividend | J | T | | | | | |
| 43.  - Fidelity Contra Fund | B | Dividend | J | T | | | | | |
| 44.  - FMI Large Cap Fund Inst | B | Dividend | J | T | | | | | |
| 45.  - Glenmede Secured Options Inst | A | Dividend | J | T | Buy (add'l) | 07/06/18 | J | | |
| 46.  - Goldman Sachs MLP Energy Infrasture Inst | A | Dividend | J | T | Buy | 11/15/18 | J | | |
| 47.  - JPMorgan Mid Cap Value Inst | A | Dividend | J | T | | | | | |
| 48.  - Stone Ridge All Asset Variance Risk Prem Com Cl | | None | J | T | Sold (part) | 07/17/18 | J | A | |
| 49.  - Stone Ridge Reinsurance Risk Prem Interval | | None | | | Sold | 05/23/18 | J | A | |
| 50.  IRA Rollover Acct (H) | | | | | | | | | |
| 51.  - American Beacon Glbl | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Doubleline Total Return Bd Fd Cl 1 | A | Dividend | J | T | | | | | |
| 53. - Guggenheim Macro Oppty Inst | A | Dividend | | | Sold | 02/12/18 | J | A | |
| 54. - Pimco Total Return Fund Instl Cl | A | Dividend | J | T | | | | | |
| 55. - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | Buy | 02/13/18 | J | | |
| 56. - Doubleline Strategic Commodity Fd I | A | Dividend | J | T | Buy | 07/18/18 | J | | |
| 57. - Elements Emerging Mkts Port | A | Dividend | J | T | | | | | |
| 58. - Elements International Port | A | Dividend | J | T | | | | | |
| 59. - Elements International Small Cap Port | A | Dividend | J | T | | | | | |
| 60. - Elements US Port | A | Dividend | K | T | | | | | |
| 61. - Elements US Small Cap Port | A | Dividend | J | T | | | | | |
| 62. - Glenmede Secured Options Inst | A | Dividend | J | T | Buy | 07/06/18 | J | | |
| 63. - Longleaf Partners Small Cap Fund | B | Dividend | J | T | | | | | |
| 64. - Stone Ridge All Asset Variance Risk Prem Com Cl | | | J | T | Sold (part) | 07/17/18 | J | A | |
| 65. - Stone Ridge Reinsurance Risk Prem Interval | | | | | Sold | 05/23/18 | J | A | |
| 66. Inherited IRA (H) | | | | | | | | | |
| 67. - Doubleline Total Return Fd Fd Cl 1 | A | Dividend | J | T | Sold (part) | 11/09/18 | J | A | |
| 68. - Guggenheim Macro Oppty Inst | A | Dividend | | | Sold | 02/12/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | Buy | 02/13/18 | J | | |
| 70. - American Fd Amcap Fund F1 | A | Dividend | J | T | | | | | |
| 71. - Artisan Intl Fund Inv | A | Dividend | J | T | | | | | |
| 72. - Doubleline Strategic Commodity Fd I | A | Dividend | J | T | Buy | 07/18/18 | J | | |
| 73. - Elements International Port | A | Dividend | J | T | | | | | |
| 74. - Elements US Port | A | Dividend | J | T | | | | | |
| 75. - Elements US Small Cap Port | A | Dividend | J | T | | | | | |
| 76. - Stone Ridge All Asset Variance Risk Prem Com Cl | | None | J | T | Sold (part) | 07/13/18 | J | A | |
| 77. ▅ Simple IRA (H) | | | | | | | | | |
| 78. - Schwab Bank Sweep (X) | A | Interest | J | T | | | | | |
| 79. - Angel Oak Multi Strategy Incm Fd Instl | A | Dividend | J | T | | | | | |
| 80. - Calvert Bond Fd A (formerly Calvert Bond Port Cl A) | A | Dividend | J | T | | | | | |
| 81. - Domini Impact Bond Fund | A | Dividend | J | T | | | | | |
| 82. - Doubleline Total Return Bd Fd Cl 1 | A | Dividend | J | T | | | | | |
| 83. - Guggenheim Macro Oppty Inst | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 84. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 85. | | | | | Sold (part) | 12/20/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | K | T | Buy | 02/13/18 | J | | |
| 87. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 88.  - Stone Ridge Alt Lending Risk Premium Inst | A | Dividend | J | T | | | | | |
| 89.  - Allianz GI Gbl Water Fd Cl Inst | | None | J | T | Buy | 12/21/18 | J | | |
| 90.  - Calvert Emrg Mkts Eqty I | | None | J | T | Buy | 12/21/18 | J | | |
| 91.  - Calvert Equity Fd A (formerly Calvert Equity Portfolio Cl A) | B | Dividend | K | T | | | | | |
| 92.  - Calvert Intl Oppty Fd I | | None | J | T | Buy | 12/21/18 | J | | |
| 93.  - Domini Impact Intl Eqty Inv | | None | J | T | Buy | 12/21/18 | J | | |
| 94.  - Elements Emerging Mkts Port | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 95.  - Elements International Port | A | Dividend | | | Sold | 12/20/18 | K | A | |
| 96.  - Elements International Small Cap Port | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 97.  - Elements US Port | A | Dividend | | | Buy (add'l) | 06/26/18 | J | | |
| 98. | | | | | Sold | 12/20/18 | K | A | |
| 99.  - Elements US Small Cap Port | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 100.  - Essex Environmental Oppty Fd Instl | | None | J | T | Buy | 12/21/18 | J | | |
| 101.  - Glenmede Secured Options Inst. | B | Dividend | J | T | | | | | |
| 102.  - Parnassus Core Eqty Fd Inst | A | Dividend | K | T | Buy | 12/21/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - PAX ESG Beta Quality Fd | A | Dividend | J | T | | | | | |
| 104.  - Stone Ridge All Asset Variance Risk Prem Com Cl | | None | J | T | Sold (part) | 07/13/18 | J | A | |
| 105.  - Stone Ridge Reinsurance Risk Prem Interval | A | Dividend | J | T | Sold (part) | 05/18/18 | J | A | |
| 106.  - Touchstone Sustainability & Impact Eqty A | B | Dividend | K | T | | | | | |
| 107.  - Walden Small Cap Fd | | None | J | T | Buy | 12/21/18 | J | | |
| 108.  ▓▓▓ Investment Acct (H) | | | | | | | | | |
| 109.  - Schwab Markettrack All Equity | A | Int./Div. | J | T | | | | | |
| 110.  ▓▓▓ Rollover IRA (H) | | | | | | | | | |
| 111.  - Calvert Bond Fd A (formerly Calvert Bond Port Cl A) | A | Dividend | J | T | | | | | |
| 112.  - Domini Impact Bond Fund | A | Dividend | J | T | | | | | |
| 113.  - Guggenheim Macro Oppty Inst | A | Dividend | J | T | Sold (part) | 02/12/18 | J | A | |
| 114. | | | | | Buy (add'l) | 06/26/18 | J | | |
| 115. | | | | | Sold (part) | 12/20/18 | J | A | |
| 116.  - Robinson Tax Advantaged Incm Fd Inst | A | Dividend | J | T | Buy | 02/13/18 | J | | |
| 117.  - Voya Securitized Credit | A | Dividend | J | T | | | | | |
| 118.  - Allianz GI Gbl Water Fd Cl Inst | | None | J | T | Buy | 12/21/18 | J | | |
| 119.  - Calvert Emrg Mkts Eqty I | | None | J | T | Buy | 12/21/18 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Calvert Equity Fd A (formerly Calvert Equity Portfolio Cl A) | B | Dividend | K | T | | | | | |
| 121. - Calvert Intl Oppty Fd I | | None | J | T | Buy | 12/21/18 | J | | |
| 122. - Domini Impact Intl Eqty Inv | | None | J | T | Buy | 12/21/18 | J | | |
| 123. - Elements Emerging Mkts Port | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 124. - Elements International Port | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 125. - Elements International Small Cap Port | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 126. - Elements US Port | A | Dividend | | | Sold | 12/20/18 | K | A | |
| 127. - Elements US Small Cap | A | Dividend | | | Sold | 12/20/18 | J | A | |
| 128. - Essex Environmental Oppty Fd Instl | | None | J | T | Buy | 12/21/18 | J | | |
| 129. - Glenmede Secured Options Inst | A | Dividend | J | T | | | | | |
| 130. - Parnassus Core Eqty Fd Inst | A | Dividend | K | T | Buy | 12/21/18 | K | | |
| 131. - PAX ESG Beta Quality Fd | A | Dividend | J | T | | | | | |
| 132. - Stone Ridge All Asset Variance Risk Prem Com Cl | | None | J | T | Sold (part) | 07/13/18 | J | A | |
| 133. - Stone Ridge Reinsurance Risk Prem Interval | A | Dividend | J | T | Sold (part) | 05/18/18 | J | A | |
| 134. - Touchstone Sustainability & Impact Eqty A | B | Dividend | K | T | | | | | |
| 135. - Walden Small Cap Fd | | None | J | T | Buy | 12/21/18 | J | | |
| 136. USAA Bank Accts | A | Interest | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Bank of the West Bank Accts | A | Interest | L | T | | | | | |
| 138. USAA Precious Metals Investmt Fund | | None | J | T | | | | | |
| 139. ▒▒▒ USAA Precious Metals Investmt Fund | | None | J | T | | | | | |
| 140. The Education Plan, Index Age Based Portfolio 60 | | None | | | Sold | 02/23/18 | L | A | |
| 141. The Education Plan, Index Age Based Portfolio 50 | | None | L | T | Buy | 02/23/18 | L | | |
| 142. The Education Plan, Index Low Duration Fixed Income | | None | J | T | Sold (part) | 12/19/18 | J | A | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fashing, Laura N. | 05/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

At Part VII, line 49 of my Amended 2017 report, I neglected to show that I sold all my interest in Voya Midcap Oppty Fd I on April 20, 2017. I did not own that asset at the end of the 2017 reporting period, and I did not include it on this report as a result.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laura N. Fashing**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544